UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONNA MARIE HOLLAND, *et al.*,

   Plaintiffs,

      v.

ISLAMIC REPUBLIC OF IRAN, *et al.*,

   Defendants.

Civil Action No. 01-1924  (CKK)

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 31st day of October, 2005, hereby

**ORDERED** that the Court enters judgment in favor of Plaintiff Donna Holland on Count I of Plaintiffs' First Amended Complaint (Wrongful Death) in the amount of $620,743.00, conditioned upon the Plaintiffs' entry of a Second Amended Complaint addressing the pleading deficiencies focused on by the Court in its Memorandum Opinion; it is further

**ORDERED** that the Court enters judgment in favor of Plaintiffs James and Chad Holland on Count I of Plaintiffs' First Amended Complaint (Wrongful Death) in the amount of $310,371.50 each, and on Count II of Plaintiffs' First Amended Complaint (Loss of Parental Consortium) in the amount of $12,000,000.00 each, conditioned upon the Plaintiffs' entry of a Second Amended Complaint addressing the pleading deficiencies focused on by the Court in its Memorandum Opinion; it is further

**ORDERED** that Plaintiffs' Second Amended Complaint addressing the identified pleading deficiencies shall be due by Monday, November 14, 2005.

**SO ORDERED**.

         /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge