# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-7063**  **September Term 2008**

1:01-cv-01924

Filed On: February 27, 2009 [1167722]

Donna Marie Holland, Individually and as Administrator of the Estate of Robert S. Holland, deceased, et al.,

    Appellants

v.

Islamic Republic of Iran, Ministry of Foreign Affairs, et al.,

    Appellees

## ORDER

Upon consideration of appellants' motion for voluntary dismissal of appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:    /s/
                Mark A. Butler
                Deputy Clerk